**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OKWUCHUKWU IYEKE,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTAL MONIQUE GARDINER, et al.,<br><br>    Defendants. | Case No. CV 23-1454 FMO (RAO)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated this 20th day of June 2023.

/s/<br>
Fernando M. Olguin<br>
United States District Judge